**FILED**

APR 2 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TAYLOR,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MARIN COUNTY CLERK'S OFFICE, et al.,<br><br>　　　　Defendants. | No. C 10-03217 JW (PR)<br><br>ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br><br><br>(Docket No. 10) |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 31, 2011, the Court dismissed the complaint with leave to amend. (See Docket No. 7.) Thereafter, plaintiff was granted an extension of time to file an amended complaint. (Docket No. 9.) Plaintiff has filed a request for a second extension of time to do so. (Docket No. 10.) Good cause appearing, the motion is GRANTED such that plaintiff is granted an extension of 60 days. Plaintiff shall file an amended complaint, correcting the deficiencies discussed in the court order filed January 31, 2011, **no later than June 30, 2011**.

　　　　The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this action, Case No. C 10-03217 JW ( PR). Because an amended

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JW\CR.10\Taylor03217_eot-amend2.wpd

1

complaint completely replaces the original complaint, plaintiff must include in it all the claims he wishes to present. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992). Plaintiff may not incorporate material from the original complaint by reference.

**Failure to file an amended complaint in the time provided will result in the dismissal of this action without prejudice and without further notice to plaintiff.**

This order terminates Docket No. 10.

DATED: April 15, 2011

JAMES WARE
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY TAYLOR,

        Plaintiff,

v.

MARIN COUNTY CLERKS OFFICE, et al.,

        Defendants.

Case Number: CV10-03217 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/20/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Taylor AB3828
Avenal State Prison
P. O. Box 900
Avenal, CA 93204

Dated: 4/20/11

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk