IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TAYLOR, | No. C 10-03217 EJD (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MARIN COUNTY CLERK'S OFFICE, et al., | |
| Defendants. | |

For the reasons stated on the order of dismissal, this action is DISMISSED for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b)(1),(2). Judgment is entered accordingly.

The Clerk shall close the file.

DATED: October 5, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.10\Taylor03217_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY TAYLOR,

        Plaintiff,

  v.

MARIN COUNTY CLERKS OFFICE, et al.,

        Defendants.
                             /

Case Number: CV10-03217 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/5/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Taylor
322 California Street
Stockton, CA 95302

Dated:  10/5/2011

                                         Richard W. Wieking, Clerk
                                /s/ By: Elizabeth Garcia, Deputy Clerk